IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD OTIS WILLIAMS,

       Appellant,

 v.

Case No.  5D22-1150
LT Case No. 2011-CF-105

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed February 28, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Donald Otis Williams, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.